No. 96–7353. JEWITT v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 96–7411. SMITH v. CHATER, COMMISSIONER OF SOCIAL SECURITY (two judgments). C. A. 3d Cir. Certiorari denied.

No. 96–7439. STOWE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–7491. GOFF v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–7532. WINDSOR v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 96–7575. JACKSON v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 96–7701. CLARK v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 96–7709. DUDLEY v. JOHNSON. C. A. 5th Cir. Certiorari denied.

No. 96–7727. LEDING v. OKLAHOMA ET AL. Sup. Ct. Okla. Certiorari denied.

No. 96–7729. PARKER v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–7747. HICKS v. PRINCE GRAVES HOMES. C. A. 4th Cir. Certiorari denied.

No. 96–7748. FIDIS v. LAKESIDE MEDICAL CENTER. C. A. 7th Cir. Certiorari denied.

No. 96–7749. FORMICA v. TOWN OF HUNTINGTON, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–7751. HOGAN v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL INSTITUTE, ET AL. C. A. 7th Cir. Certiorari denied.